UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. STERNBERG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CINDY HENDRICKSON, et al., <br><br> Defendants. | Case No. 24-cv-04271-AMO <br><br> **ORDER GRANTING SANTA CLARA COUNTY DEFENDANTS' MOTION TO DISMISS** <br><br> Re: Dkt. No. 52 |

Proceeding without the assistance of counsel, Michael C. Sternberg, on behalf of himself and his two children, E.W. and N.W., sues, among dozens of other defendants, the County of Santa Clara, District Attorney Jeff Rosen, Chief Assistant District Attorney Jay Boyarsky, Deputy District Attorney Tracy Tefertiller, District Attorney Maria Gershenovich, Investigator Rob Imobersteg, Erica Doerr, Russell Davis, and Brett Moore (the "Santa Clara County Defendants"), based on their alleged roles in a child custody dispute regarding E.W. and N.W.

Now before the Court is the Santa Clara County Defendants' fully briefed motion to dismiss. Motion to Dismiss ("Mot.") (Dkt. No. 52); Reply in Support of Motion to Dismiss ("Reply") (Dkt. 59). Among the arguments Sternberg advances in his opposition, Sternberg also states, "I can see that I need to clean up the complaint as it relates to SANTA[,]" which is the abbreviation he uses to refer to the Santa Clara County Defendants. Response to Motion to Dismiss (Dkt. No. 58) at 6. In light of this, and given the pleading deficiencies discussed in the orders issued in this case on the motions to dismiss brought by other defendants, the Court **GRANTS** the Santa Clara Defendants' motion to dismiss **WITH LEAVE TO AMEND**.[1] The

---

[1] In his opposition, Sternberg asks that attorney Xavier Brandwajn be referred to the Standing Committee on Professional Conduct pursuant to Civil L.R. 11-6(h) and (l)." Opp. at 2, 8. The

Court will set a deadline for the second amended complaint once all motions to dismiss, including any forthcoming motion to dismiss by defendants who Sternberg has not yet served, are resolved. Other than curing the deficiencies discussed in the dismissal orders issued in this case, the second amended complaint may not plead new substantive allegations, name new defendants, or assert new claims without the defendants' consent or leave of Court.

**IT IS SO ORDERED.**

Dated: November 17, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

Court declines to take any disciplinary action against attorney Brandwajn based on the assertions Sternberg makes in his opposition brief.